```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 09-81543-Civ-HURLEY
                                     (99-8125-Cr-HURLEY)
                              MAGISTRATE JUDGE P. A. WHITE
GARLAND HOGAN,         :

       Movant,         :

v.                     :            REPORT OF
                                 MAGISTRATE JUDGE
UNITED STATES OF AMERICA :

       Respondent.     :
_____
```

This matter is before the Court on the government's motion to dismiss the movant's petition. (Cv-DE#6). The government argues that the movant, through inadvertence, filed duplicate motions to vacate pursuant to 28 U.S.C. §2255. (Id.). Specifically, the government states that in the movant's latter petition, Case No. 09-81543-Cv-Hurley, the movant specifically noted that he was only filing his petition as a protective matter in case his attorney, Richard Klugh, failed to file a §2255 on Hogan's behalf. (Id.).

The latter protective motion, 09-81543-Cv-Hurley, was filed, in that it was placed in the prison mail system on October 18, 2009. (See Case No. 09-81543-Cv-Hurley; Cv-DE#1). However, the movant's pro se petition was received by the Clerk of the Court on October 21, 2009. (Id.). Unbeknownst to the movant, attorney Richard Klugh filed a §2255 petition on behalf of Hogan on October 19, 2009 in case no. 09-81530-Cv-Hurley. (See Case No. 09-81530-Cv-Hurley; Cv-DE#1).

In this higher numbered case, Hogan asked the Court in advance to dismiss his duplicate petition if his counsel, in fact, filed a §2255 timely on his behalf.

It is therefore recommended that this motion to dismiss the

higher numbered case be **GRANTED** without prejudice.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Signed this 30th day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Garland Hogan, Pro Se
Reg. No. 53629-004
FCC-Coleman Low
P.O. Box 1031
Coleman, FL 33521

Richard Klugh, Esq.
25 SE 2nd Avenue
Suite 1105
Miami, FL 33131

Anne Ruth Schultz, AUSA
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132

Stephen Carlton, AUSA
United States Attorney's Office
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401