UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81543-Civ-HURLEY
(99-8125-Cr-HURLEY)
MAGISTRATE JUDGE P. A. WHITE

GARLAND HOGAN, :

    Movant, :

v. :

UNITED STATES OF AMERICA :

    Respondent. :

_____

### ORDER ADOPTING
### REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE
### GRANTING MOTION TO DISMISS PETITION

**THIS CAUSE** is before this Court on the government's motion to dismiss the movant's petition (Cv-DE#6) and the Report and Recommendations of the Honorable Patrick A. White, United States Magistrate Judge.

Pursuant to Fed.R.Civ.P. 72(b), "[T]he district judge ... shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule." The rule requires that objections be filed within ten days of service of the Report and Recommendations, and that the objecting party arrange for transcription of sufficient portions of the record. Fed.R.Civ.P. 72(b). The district judge may then "accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions." Id. Portions of the Report and Recommendations that are not specifically objected to are subject to the clear error standard. The identical requirements are set forth in 28 U.S.C. §636(b)(1).

After considering the Report of the Magistrate Judge, as well as, any objections filed thereto, and after conducting a *de novo* review of the record as a whole, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendations of the United States Magistrate Judge (DE#__8__) is **ADOPTED** in its entirety and incorporated herein by reference.

    2.    The motion to dismiss petition is **GRANTED**.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida on this 16th day of Dec., 2009.

                                                      UNITED STATES DISTRICT JUDGE

cc: Garland Hogan, Pro Se
    Reg. No. 53629-004
    FCC-Coleman Low
    P.O. Box 1031
    Coleman, FL 33521

    Richard Klugh, Esq.
    25 SE 2nd Avenue
    Suite 1105
    Miami, FL 33131

    Anne Ruth Schultz, AUSA
    United States Attorney's Office
    99 NE 4th Street
    Miami, FL 33132

    Stephen Carlton, AUSA
    United States Attorney's Office
    500 South Australian Avenue
    Suite 400
    West Palm Beach, FL 33401